# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Massachusetts_____

FILED

WESTFIELD EAST MAIN STREET LLC

V.

C. DAVID TRADER and JEAN M. TRADER,
JOSEPH B. MITCHELL and TERESA K.
MITCHELL, DONALD GOVE, MARK D.
SIEBERT, BRIAN BURKE, MICHALE
BRETON, BRADFORD MOIR, MARY MOIR,
INTERSTATE BUILDING SUPPLY, INC.
and LUMBER CENTER, INC.

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT

CASE NUMBER:

## 04-30170-MAP

TO: (Name and address of Defendant)

Michale Breton
1162 East Mountain Road
Westfield, MA 01085

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Brown
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    9/1/04
_____              _____
CLERK                                            DATE

_____[signature]_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/3/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William H. Dunsnap III | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by Leaving Last + usual AT Michale Breton's Last + usual place of Abode To wit 1162 East Mountian Road Westfield Ma

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/3/04
            Date                   Signature of Server

92 State Street Boston Ma
Address of Server

Also mailed Copy via 1st Class mail to Michale Breton.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.