# UNITED STATES DISTRICT COURT

__Western__ District of __Massachusetts__

FILED

WESTFIELD EAST MAIN STREET LLC

V.

C. DAVID TRADER and JEAN M. TRADER,
JOSEPH B. MITCHELL and TERESA K.
MITCHELL, DONALD GOVE, MARK D.
SIEBERT, BRIAN BURKE, MICHALE
BRETON, BRADFORD MOIR, MARY MOIR,
INTERSTATE BUILDING SUPPLY, INC.
and LUMBER CENTER, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-30170-MAP

TO: (Name and address of Defendant)

> Donald Gove
> 100 Court Street
> Westfield, MA 01085

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> David A. Brown
> Sherin and Lodgen LLP
> 101 Federal Street
> Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 9/1/04

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 9/5/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William H. Dewsnap III | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By Leaving at Donald Gove's Last + usual Place of Abode To Wit 100 Court Street, Westfield, Ma.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/5/04
           Date

Signature of Server

92 State Street Boston, Ma
Address of Server

Also mailed Copy via 1st Class mail to Donald Gove.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.