UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WESTFIELD EAST MAIN STREET LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-30170-MAP |
| C. DAVID TRADER and JEAN M. TRADER, JOSEPH B. MITCHELL and TERESA K. MITCHELL, DONALD GOVE, MARK D. SIEBERT, BRIAN BURKE, MICHALE BRETON, BRADFORD MOIR, MARY MOIR, INTERSTATE BUILDING SUPPLY, INC. and LUMBER CENTER, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Westfield East Main Street LLC hereby dismisses all claims against defendant Joseph B. Mitchell in this action with prejudice, without costs, and waiving all rights of appeal.

WESTFIELD EAST MAIN STREET LLC

By its attorneys,

/s/ Pamela A. Zorn_____
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Dated: September 15, 2004          (617) 646-2000

{00021406.DOC /}