UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTFIELD EAST MAIN STREET LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. DAVID TRADER and JEAN M. TRADER, ) <br> DONALD GOVE, MARK D. SIEBERT, ) <br> BRIAN BURKE, MICHALE BRETON, ) <br> BRADFORD MOIR, MARY MOIR, ) <br> INTERSTATE BUILDING SUPPLY, INC. and ) <br> LUMBER CENTER, INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-30170-MAP |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Westfield East Main Street LLC hereby dismisses all claims against defendant Mark D. Siebert in this action with prejudice, without costs, and waiving all rights of appeal.

                WESTFIELD EAST MAIN STREET LLC

                By its attorneys,

                /s/ Pamela A. Zorn
                David A. Brown, BBO# 556161
                Pamela A. Zorn, BBO# 640800
                Sherin and Lodgen LLP
                101 Federal Street
                Boston, Massachusetts 02110
Dated: September 21, 2004    (617) 646-2000