AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Westfield East Main Street LLC, Plaintiff

v.

C. David Trader, et al., Defendants

APPEARANCE

Case Number: 04-30170-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Each of the following Defendants:

C. David Trader, Jean M. Trader, Donald Gove, Michael Breton, Bradford Moir, Mark Moir, Interstate Building Supply, Inc., M Lumber Center, Inc.

I certify that I am admitted to practice in this court.

Date: 9/22/04

Signature: [signed]

Print Name: William J. Pudlo
Bar Number: 407640

Address: P.O. Box 676

City: West Springfield   State: Mass.   Zip Code: 01090

Phone Number: 413-739-4000   Fax Number: 413-739-3620