UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| WESTFIELD EAST MAIN STREET LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-30170-MAP |
| | ) | |
| v. | ) | |
| | ) | |
| C. DAVID TRADER and JEAN M. TRADER, | ) | |
| DONALD GOVE, BRIAN BURKE, | ) | |
| MICHALE BRETON, BRADFORD MOIR, | ) | |
| MARY MOIR, INTERSTATE BUILDING | ) | |
| SUPPLY, INC. and LUMBER CENTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

STIPULATION ENLARGING DEFENDANT
BRIAN BURKE'S TIME TO ANSWER COMPLAINT

The undersigned parties hereby stipulate and agree that the time in which defendant Brian

Burke may answer the Complaint is extended to and including the close of business October 8,

2004.

BRIAN BURKE

By his attorney,

_/s/  Nathan Byrnes /paz__
Nathan Byrnes, BBO# 639735
37 Broad Street
Westfield, MA 01085

WESTFIELD EAST MAIN STREET LLC

By its attorneys,

_/s/  Pamela A. Zorn_____
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated:  September 24, 2004

Dated: September 24, 2004

APPROVED:_____
The Honorable Michael A. Ponsor