# Exhibit 2

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

**Hampden Division**                                    Case #03-1085

| | |
|---|---|
| C. DAVID TRADER and JEAN M. TRADER, JOSEPH B. MITCHELL and TERESA K. MITCHELL, DONALD GOVE, MARK D. SIEBERT, BRIAN BURKE, MICHAEL BRETON, BRADFORD MOIR and MARY MOIR, Plaintiffs<br><br>v.<br><br>ROBERT W. GOLLEDGE, JR., Commissioner Executive Office Of Environmental Affairs, and EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Defendants<br><br>and<br><br>KONOVER DEVELOPMENT CORPORATION and HOME DEPOT U.S.A., INC., Intervenor Defendants | HAMPDEN COUNTY SUPERIOR COURT FILED JUL 19 2004<br>CLERK-MAGISTRATE<br><br><br>PLAINTIFFS' NOTICE OF APPEAL |

Notice is hereby given that the Plaintiffs in the above captioned action hereby appeal to the Appeals Court from the final judgment entered on June 21, 2004.

The Plaintiffs,
by their Attorney,

William J. Pudlo
P.O. Box 676
West Springfield, Mass. 01090
Telephone: (413) 739-4000

## Certificate of Service

    I, William J. Pudlo, hereby certify that I have served a copy of the above pleading by delivering a copy of the same, in hand, to Counsel for the respective parties.

Dated: July 9, 2004

/s/ William J. Pudlo
_____
William J. Pudlo