# Exhibit 4

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

**Hampden Division**                                              Case #03-1085

C. DAVID TRADER and            )
JEAN M. TRADER, JOSEPH B.      )
MITCHELL and TERESA K.         )
MITCHELL, DONALD GOVE,         )
MARK D. SIEBERT, BRIAN         )
BURKE, MICHAEL BRETON,         )
BRADFORD MOIR and MARY         )
MOIR, Plaintiffs               )
                               )
        v.                     )
                               )
ROBERT W. GOLLEDGE, JR.,       )   NOTICE OF WITHDRAWAL OF APPEAL
Commissioner Executive Office  )   AS TO JOSEPH B. MITCHELL, TERESA K.
Of Environmental Affairs, and  )   MITCHELL, MARK SIEBERT AND
EXECUTIVE OFFICE OF            )   BRIAN BURKE
ENVIRONMENTAL AFFAIRS,         )
DEPARTMENT OF ENVIRON-         )
MENTAL PROTECTION,             )
Defendants                     )
                               )
and                            )
                               )
KONOVER DEVELOPMENT            )
CORPORATION and HOME           )
DEPOT U.S.A., INC.,            )
Intervenor Defendants          )

    Now come the Plaintiffs, Joseph B. Mitchell, Teresa K. Mitchell, Mark Siebert and Brian Burke and withdraw the appeal filed in their behalf in the above captioned action.

    On or about March 25, 2004, Joseph B. Mitchell and Teresa K. Mitchell advised in writing that they no longer desired to pursue the matter, expressing concern over the ongoing litigation, the threat of retaliation within ongoing negative press coverage and were advised that their names would continue on the caption of the case as originally filed, which they acknowledged.

    Mark Siebert advised in writing, on or about July 27, 2004 that he was no longer desirous of pursuing the matter, again expressing concern over threatened legal retaliation, and he acknowledged that his name would continue to appear in the caption of the case. At some time in early August of 2004, Brian Burke indirectly orally advised (Counsel was advised by another

of the Plaintiffs of Mr. Burke's request) that he no longer desired to pursue the appeal due to, among other reasons, the ongoing threat of retaliatory litigation.

> The Plaintiff
> by its Attorney,
>
> _____
> William J. Pudlo
> P.O. Box 676
> West Springfield, Mass. 01090
> Telephone: (413) 739-4000
> FAX: (413) 739-3620

### Certificate of Service

I, William J. Pudlo, hereby certify that I have served a copy of the above pleading by delivering a copy of the same, in hand, to Counsel for the respective parties.

Dated: September 14, 2004

_____
William J. Pudlo

\win\word\HomeDepotSuperiorNoticeofWithdrawalofAppeal