UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTFIELD EAST MAIN STREET LLC,<br><br>Plaintiff,<br><br>v.<br><br>C. DAVID TRADER, JEAN M. TRADER,<br>DONALD GOVE, BRIAN BURKE,<br>MICHALE BRETON, BRADFORD MOIR,<br>MARY MOIR, INTERSTATE BUILDING<br>SUPPLY, INC. and LUMBER CENTER, INC.,<br><br>Defendants. | Civil Action<br>No. 04-30170-MAP |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Westfield East Main Street LLC ("Westfield"), through the undersigned counsel, states that Westfield is a privately owned Massachusetts corporation. There is no parent corporation and no publicly held company owns 10% or more of its stock..

                                      WESTFIELD EAST MAIN STREET LLC
                                      By its attorneys,

                                      /s/ David A. Brown
                                      David A. Brown, BBO# 556161
                                      Pamela A. Zorn, BBO# 640800
                                      Sherin and Lodgen LLP
                                      101 Federal Street
                                      Boston, Massachusetts 02110
Dated: October 6, 2004             (617) 646-2000