UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTFIELD EAST MAIN STREET LLC,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>C. DAVID TRADER and JEAN M. TRADER,  )<br>DONALD GOVE, BRIAN BURKE,  )<br>MICHALE BRETON, BRADFORD MOIR,  )<br>MARY MOIR, INTERSTATE BUILDING  )<br>SUPPLY, INC. and LUMBER CENTER, INC.,  )<br> )<br>Defendants.  )<br> ) | C.A. No. 04-30170-MAP |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Westfield East Main Street LLC hereby dismisses all claims against defendant Brian Burke in this action with prejudice, without costs, and waiving all rights of appeal.

WESTFIELD EAST MAIN STREET LLC

By its attorneys,

/s/ Pamela A. Zorn
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Dated: October 7, 2004           (617) 646-2000

{00024799.DOC /}