UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WESTFIELD EAST MAIN ST. LLC**
        Plaintiff               CIVIL / CRIMINAL

                                        CASE NO. 04-30170
            V.
**C.DAVID TRADER**
        Defendant

### NOTICE

**PONSOR**           D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTIONS TO DISMISS   on   12/17/04   at   2:00P.M.

before Judge   Ponsor   in Courtroom #   1   on the   5th

floor.

                                            TONY ANASTAS,
                                            CLERK OF COURT

10/18/04                                  /s/Elizabeth A. French
                                 By:
   Date                                Deputy Clerk

**Notice mailed to:**

**All counsel of record**

**(Notice of Hearing.wpd - 7/99)**                                                     **[kntchrgcnf.]**
                                                                                                                  **[ntchrgcnf.]**