UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTFIELD EAST MAIN STREET LLC,<br><br>Plaintiff,<br><br>v.<br><br>C. DAVID TRADER, JEAN M. TRADER,<br>DONALD GOVE, MICHALE BRETON,<br>BRADFORD MOIR, MARY MOIR,<br>INTERSTATE BUILDING SUPPLY, INC.<br>and LUMBER CENTER, INC.,<br><br>Defendants. | Civil Action<br>No. 04-30170-MAP |

**JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Pursuant to the Court's January 31, 2005 Order, plaintiff Westfield East Main Street LLC ("Westfied") and defendants C. David Trader, Jean M. Trader, Donald Gove, Michael Breton, Bradford Moir, Mary Moir, Interstate Building Supply, Inc., and Lumber Center, Inc. ("Defendants") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.

    **I.**    **Proposed Pretrial Schedule**

        Parties complete all fact discovery: June 15, 2005

        Expert reports: The parties do not presently contemplate the need for expert testimony. The parties reserve the right to designate an expert, which right shall be exercised on or before July 1, 2005.

        Pre-Trial Conference: September 1, 2005

        Trial: November 1, 2005

II.   **Magistrate Judge**

The parties do not consent to a trial by magistrate judge.

|  | WESTFIELD EAST MAIN STREET LLC |
|---|---|
|  | By its attorneys, |

/s/ David A. Brown
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000


C. DAVID TRADER, JEAN M. TRADER,
DONALD GOVE, MICHALE BRETON,
BRADFORD MOIR, MARY MOIR,
INTERSTATE BUILDING SUPPLY, INC.
and LUMBER CENTER, INC.,
By their attorney,

/s/ William Pudlo
William Pudlo, BBO# 407640
Box 676
7 Park Drive
West Springfield, Massachusetts 01090

Dated: February 10, 2005