UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case #04-30170-MAP

| | |
|---|---|
| WESTFIELD EAST MAIN )<br>STREET LLC, Plaintiff  )<br>)<br>v.                                  )<br>)<br>)<br>C. DAVID TRADER,        )<br>JEAN M. TRADER,         )<br>JOSEPH B. MITCHELL,  )<br>TERESA K. MITCHELL, )<br>DONALD GOVE,            )<br>MARK D. SIEBERT,        )<br>BRIAN BURKE,              )<br>MICHAEL BRETON,       )<br>BRADFORD MOIR,         )<br>MARY MOIR,                 )<br>INTERSTATE BUILDING )<br>SUPPLY, INC., and          )<br>LUMBER CENTER, INC., )<br>Defendants                     ) | DEFENDANTS' REQUEST THAT<br>NO ACTION BE TAKEN ON<br>MOTION FOR PROTECTIVE ORDER<br>AND FOR WITHDRAWAL OF MOTION |

Now come the Defendant, through Counsel, and request that this honorable Court take no action with respect to the Motion for Protective order, heretofore filed on or about February 11, 2005.

This request is based upon the understanding and agreement Counsel for the respective parties have reached regarding the deposition schedule which was the subject of the aforesaid Motion.

Wherefore, the Defendants request that this Court take no further action on said Motion and that the Defendants be permitted, without prejudice to renew the same if it becomes necessary during the course of this litigation.

The Defendants,
by their Attorney,

William J. Pudlo
P.O. Box 676
West Springfield, Mass. 01090
Telephone: (413) 739-4000

### Certificate of Service

I, William J. Pudlo, hereby certify that I have served a copy of the above pleading by mailing a copy of the same, postage prepaid, to Pamela A. Zorn, 101 Federal Street, Boston, Massachusetts 02110.

Dated: February 23, 2005

William J. Pudlo

\win\word\HomeDepotfederalrequestfornoaction