```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

WESTFIELD EAST MAIN STREET LLC)
       Plaintiff     )
                           )
       v.                ) CIVIL ACTION NO. 04-30170-MAP
                           )
C. DAVID TRADER, ET AL,     )
       Defendants    )

## PRETRIAL SCHEDULING ORDER

February 25, 2005

PONSOR, D.J.

    Based upon counsel's Joint Statement (Docket No. 30), the court orders as follows:

    1.  All non-expert discovery will be completed by June 15, 2005.  In setting this deadline, the court intends that all written discovery will be served no later than forty-five days prior to the deadline (i.e., by April 30, 2005), and all depositions will be noticed in time to insure their completion prior to the closing date for discovery.

    2.  If either side intends to use the testimony of an expert, a report as required by Fed. R. Civ. P. 26(a)(2) will be conveyed to the opposing party no later than July 1, 2005.

    3.  Expert depositions (if any) will be completed by August 15, 2005.

    4.  Counsel will appear again before this court for a final pretrial conference on September 1, 2005 at 2:00 p.m.  At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order.  Please note: failure to file a final pretrial memo as ordered may result in default or dismissal.  A trial date will be set at the final pretrial conference.

    It is So Ordered.

```
                    /s Michael A. Ponsor
                    MICHAEL A. PONSOR
                    United States District Judge
```