UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

WESTFIELD EAST MAIN ST

V.      CA/CR No. 04-30170

TRADER,      Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **NEIMAN** for the following proceedings:

(A) ☐ Referred for full pretrial case management, including all dispositive motions.

(B) ☐ Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐ Referred for discovery purposes only.

(D) ☐ Referred for Report and Recommendation on:

 ( ) Motion(s) for injunctive relief
 ( ) Motion(s) for judgment on the pleadings
 ( ) Motion(s) for summary judgment
 ( ) Motion(s) to permit maintenance of a class action
 ( ) Motion(s) to suppress evidence
 ( ) Motion(s) to dismiss
 ( ) Post Conviction Proceedings[1]
 See Documents Numbered: _____

(E)    Case referred for events only.  See Doc. No(s). **35 Motion for Protective Order**

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
 ( ) In accordance with Rule 53, F.R.Civ.P.
 ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: _____

5/18/05      By: /s/Elizabeth A. French
Date         Deputy Clerk

**(OrRef for pdf.wpd - 05/2003)**

---

[1] See reverse side of order for instructions