UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTFIELD EAST MAIN STREET LLC )
      Plaintiff )
       )
    v. ) CIVIL ACTION NO. 04-30170-MAP
       )
C. DAVID TRADER, ET AL, )
      Defendants )

<u>FURTHER SCHEDULING ORDER</u>

September 29, 2005

PONSOR, D.J.

    Counsel for all parties appeared before this court for a final pretrial conference on September 28, 2005. Based on counsel's representations, the court orders as follows:

    1. All minor outstanding discovery matters will be cleaned up informally through counsel.

    2. Defendants' supplemental memorandum in support of the their motion to dismiss will be filed on or before October 14, 2005.

    3. Plaintiff's supplemental opposition will be filed by November 18, 2005.

    4. Counsel will appear again before this court for argument on the motion on November 29, 2005 at 3:00 p.m.

    5. Counsel have indicated that it is unlikely that Attorney Pudlo, who represents the defendants, will be called as a witness.

    6. To the extent that counsel wish to pursue mediation, the court will be informed via a motion to extend the deadlines for filing of memoranda. If the court hears nothing, the schedule will unfold as set forth in this memorandum.

    It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge
```