UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WESTFIELD EAST MAIN STREET LLC,<br><br>              Plaintiff,<br><br>v.<br><br>C. DAVID TRADER, JEAN M. TRADER,<br>DONALD GOVE, MICHALE BRETON,<br>BRADFORD MOIR, MARY MOIR,<br>INTERSTATE BUILDING SUPPLY, INC. and<br>LUMBER CENTER, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. 04-30170-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Westfield East Main Street LLC moves to dismiss defendants' counterclaims as untimely and for failure to state a claim upon which relief can be granted. As grounds for this Motion, Plaintiff relies on Plaintiff's Memorandum in Support of Motion to Dismiss Counterclaims, submitted herewith.

WHEREFORE, Plaintiff Westfield East Main Street LLC respectfully requests that the Court allow its Motion to Dismiss.

                                            WESTFIELD EAST MAIN STREET LLC
                                            By its attorneys,

                                            /s/ David A. Brown
                                            David A. Brown, BBO# 556161
                                            Pamela A. Zorn, BBO# 640800
                                            Sherin and Lodgen LLP
                                            101 Federal Street
                                            Boston, Massachusetts 02110
                                            (617) 646-2000

- 2 -

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that I conferred with William J. Pudlo in a good faith effort to resolve or narrow the issues presented in this motion.

                              /s/ David A. Brown

00106328.DOC /