UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
WESTFIELD EAST MAIN STREET LLC)
          Plaintiff       )
                          )
          v.              ) CIVIL ACTION NO. 04-30170-MAP
                          )
C. DAVID TRADER, ET AL,   )
          Defendants      )
```

FURTHER SCHEDULING ORDER

March 22, 2006

PONSOR, D.J.

Counsel for all parties appeared before this court for a final pretrial conference on March 20, 2006. Based on counsel's representations, the court orders as follows:

1. This case is hereby referred to Magistrate Judge Kenneth P. Neiman for mediation.

2. Counsel are hereby ordered to report back to this court, in writing, within ten days of the conclusion of mediation proceedings.

3. In counsel's report, if the matter has not reached settlement, a proposed schedule for further pretrial proceedings, including argument on Plaintiff's Motion to Dismiss Counterclaims and possibly summary judgment, will be set forth.

4. The court has denied, without prejudice, Plaintiff's pending Motion to Dismiss Counterclaims (Docket No. 51), solely to permit the parties to concentrate on possible settlement. This motion may be resurrected at any time at the discretion of Plaintiff.

It is So Ordered.

/s/ Michael A. Ponsor

```
                              MICHAEL A. PONSOR
                              United States District Judge
```