**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WESTFIELD EAST MAIN STREET LLC
                          Plaintiff

                                                    CIVIL ACTION

          V.

                                                    NO.   04-30170-MAP
C. DAVID TRADER, et al.,
                          Defendants

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


          After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Honorable Kenneth P. Neiman   for the following ADR program:


____ EARLY NEUTRAL EVALUATION          X   MEDIATION

____ MINI-TRIAL                                  ____ SUMMARY JURY TRIAL

____ SETTLEMENT CONFERENCE          ____ SPECIAL MASTER

____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


          Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel in engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.


March 24, 2006                             /s/ Michael A. Ponsor
DATE                                           UNITED STATES DISTRICT JUDGE


**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | ____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | ____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Other | X |