**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WESTFIELD EAST MAIN STREET LLC,
              Plaintiff

       V.

C. DAVID TRADER, et al.,
              Defendants

CIVIL ACTION

NO.   04-30170-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   Ponsor

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  May 18, 2006,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
      _X_ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
      __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel  [except _____ ]

[X]    The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]    Settled.  A  60  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:

May 18, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge