UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED

20[..] -2 P 2: 06

U.S. DISTRICT COURT

|  |  |
|---|---|
| WESTFIELD EAST MAIN STREET LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. 04-30170-MAP |
| ) | |
| C. DAVID TRADER, JEAN M. TRADER, ) | |
| DONALD GOVE, MICHALE BRETON, ) | |
| BRADFORD MOIR, MARY MOIR, ) | |
| INTERSTATE BUILDING SUPPLY, INC. and ) | |
| LUMBER CENTER, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND NISI PERIOD

Plaintiff Westfield East Main Street LLC and Defendants C. David Trader, Jean M. Trader, Donald Gove, Michael Breton, Bradford Moir, Mary Moir, Interstate Building Supply, Inc. and Lumber Center, Inc., being all of the parties to this action, hereby move to extend the nisi period in this action to August 15, 2006. As grounds for this Motion, the parties state:

1. The parties have circulated a draft Settlement Agreement and are awaiting agreement on one final provision.

2. No party will be prejudiced by the allowance of this Motion and denying it will require reinstitution of the action, unnecessarily taking up the Court's time and requiring the parties to incur attorneys' fees and costs.

00125449.DOC /

WHEREFORE, the parties request that the Court allow this Motion and extend the nisi period to August 15, 2006.

| | |
|---|---|
| WESTFIELD EAST MAIN STREET LLC,<br>By its attorneys,<br><br>*Daryl D. Andrews*<br>David A. Brown, BBO# 556161<br>Pamela A. Zorn, BBO# 640800<br>Daryl DeValerio Andrews BBO# 658523<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000<br><br>Dated: August \_\_, 2006 | C. DAVID TRADER and JEAN M. TRADER,<br>DONALD GOVE, MICHAEL BRETON,<br>BRADFORD MOIR, MARY MOIR,<br>INTERSTATE BUILDING SUPPLY, INC. and<br>LUMBER CENTER, INC.<br>By their attorneys,<br><br>*William J. Pudlo /dda*<br>William J. Pudlo, Esq.<br>William J. Pudlo, PC<br>P.O. Box 676<br>West Springfield, Massachusetts 01090<br>(413) 739-4000 |