**Sherin AND Lodgen LLP**
Legal Precision and Innovation

Counsellors at Law
101 Federal Street  Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

David A. Brown
617.646.2239
dabrown@sherin.com

August 8, 2006

*VIA OVERNIGHT MAIL*

William J. Pudlo, Esq.
William J. Pudlo, P.C.
P.O. Box 676
West Springfield, MA  01090

      Re:  *Westfield East Main Street LLC v. C. David Trader, et al.*
           U.S.D.C. Civil Action No. 04-30170-MAP

Dear Bill:

    I enclose two (2) original Settlement Agreement and Releases; please have your clients execute the signature pages and return to me.  Also, please have your clients execute and return one (1) of the enclosed Home Depot Releases.

    Thank you.

Very truly yours,

David A. Brown

DAB/cdk

00126857.DOC /