LAW OFFICES OF
# WILLIAM J. PUDLO, P.C.
7 PARK DRIVE
P.O. BOX 676
WEST SPRINGFIELD, MASSACHUSETTS 01090
TELEPHONE: (413) 739-4000
FAX: (413) 739-3620

August 11, 2006

Bradford B. Moir, Esquire
Moir & Ross
45 Broad Street
Westfield, Massachusetts 01085

Re: Home Depot

Dear Brad,

I am delivering two (2) original Settlement Agreement and Releases and two (2) General Releases for signature. I have also enclosed copies for those who want one for their records.

I would like you to have the individuals come to your office (as it is a central location) to sign the papers and once we have all signatures, I will forward the papers to Boston. Once we have the signatures, perhaps we can have a group meeting to review the matter and bring some closure to the case.

Thank you for your continuing assistance inn this matter.

Very truly yours,

*Bill*

William J. Pudlo

\win\word\HomeDepotFederalMoirlet1