7.      Upon Westfield's performance of all of its obligations under this Agreement,
Defendants release, remise and forever discharge Konover Development Corporation and its
successors, assigns, affiliates, agents, employees, representatives and counsel from and against
any and all claims, losses, liabilities, debts or other obligations, whether known or unknown,
contingent or fixed, arising out of the claims that were or could have been asserted in the State
Action or arising out of the facts alleged in the State Action.

8.      Upon Westfield's performance of all of its obligations under this Agreement,
Defendants shall execute and deliver to Mark Bluver, Esq., counsel to Home Depot, a release of
Home Depot in the form attached hereto.

9.      The terms and conditions of this Agreement are confidential and may be disclosed
only to the parties, their employees, their accountants or other tax or accounting professionals,
and counsel, except (a) in response to a validly issued subpoena or other court process; or (b) in
any action to enforce the terms of this Agreement.

10.     The terms of this Agreement shall be binding on, and shall inure to the benefit of,
the parties and their successors and assigns.

11.     Any action to enforce the terms of this Agreement shall be brought in the courts
of the Commonwealth of Massachusetts, including without limitation the United States District
Court for the District of Massachusetts. This Agreement and the enforcement of this Agreement
shall be governed by Massachusetts law without regard to choice of law principles.

Dated: __8/28/06__                          _C. David Trader_
                                            C. David Trader

Dated: __8/28/06__                          _Jean M. Trader_
                                            Jean M. Trader

00118244.DOC / 2                            - 3 -

Dated: 9/7/06

Donald Gove

Dated: 9/7/06

Michael Breton

Dated: 9/15/06

Bradford Moir

Dated: 8/15/06

Mary Moir

INTERSTATE BUILDING SUPPLY, INC.

Dated: _____

By: _____

LUMBER CENTER, INC.

Dated: 9/7/06

By: _____

WESTFIELD EAST MAIN STREET LLC

Dated: _____

By: _____

- 4 -

SEP-07-06 THU 04:03 PM   I.B.S. INC.        FAX NO. 14135890806         P. 01
From:MOIR & ROSS LAW OFFICES                08/21/2006 14:35 #046 P.004/009

Dated: _____

_____
Donald Gove

Dated: _____

_____
Michael Breton

Dated: 9/15/06

_____
Bradford Moir

Dated: 8/15/06

_____
Mary Moir

INTERSTATE BUILDING SUPPLY, INC.

Dated: 9/7/06

By: _____, President

LUMBER CENTER, INC.

Dated: _____

By: _____

WESTFIELD EAST MAIN STREET LLC

Dated: _____

By: _____

- 4 -

00118244.DOC/2

4

This instrument is made in The Commonwealth of Massachusetts and shall be construed according to the laws of The Commonwealth of Massachusetts.

This General Release is part of the settlement and compromise of a disputed claim and the delivery of consideration by or on behalf of the Releasees is not to be construed as an admission of liability on the part of the persons, hereby released by whom liability is expressly denied.

This General Release may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, and such counterparts shall together constitute one and the same agreement.

Executed under seal this 28th of August 2006.

Witnessed as to each
of the Releasing Parties

Witness:

_Kuia Moir Dickson_

_C. David Trader_
C. David Trader

Witness:

_Kuia Moir Dickson_

_Jean M. Trader_
Jean M. Trader

Witness:

5

_____
Donald Gove

Witness:

_____
Michael Breton

_____

Witness:

_Kuia Moir Olehsak_

Witness:

_Kuia Moir Olehsak_
_____
Bradford Moir

_____
_Mary Moir_
Mary Moir

Witness:

_____
Interstate Building Supply, Inc.

Witness:

_____
Lumbar Center, Inc.

_____

03\0775\general release.8201

SEP-07-06 THU 04:03 PM   I.B.S. INC.          FAX NO. 14135890806          P. 02
    From:MOIR & ROSS LAW OFFICES                08/21/2006 14:36 #046 P.009/009

5

_____            _____
                                     Donald Gove
    Witness:


_____            _____
                                     Michael Breton
    Witness:


                                     _____
_____            Bradford Moir
    Witness:


                                     _____
_____            Mary Moir
    Witness:


                                     _____
_____            Interstate Building Supply, Inc.
    Witness:


_____            _____
                                     Lumbar Center, Inc.
    Witness:


03\0775\general release.8201